GORDON SILVER
JOHN L. KRIEGER
Nevada Bar No. 6023
Email: jkrieger@gordonsilver.com
JUSTIN J. BUSTOS
Nevada Bar No. 10320
Email: jbustos@gordonsilver.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FYI MEDIAWORLD PHOTOGRAPHIC, a Nevada partnership; and FRANK ILLES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BEVEE, LLC, a Washington limited liability company; SASHA MUIR, an individual; and DT LEVY, an individual,<br><br>Defendants. | CASE NO. 2:14-cv-0541-LDG-PAL<br><br>**STIPULATION AND ORDER REQUESTING EXTENSION OF CASE DEADLINES PENDING SETTLEMENT OF THE MATTER**<br><br>**[FIRST REQUEST]** |

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiffs FYI mediaworld Photographic and Frank Illes (collectively "FYI") and Defendant Bevee, LLC ("Bevee") (collectively the "Parties") by and through their respective attorneys, stipulate and agree as follows:

The Parties have resolved their differences in this matter and are currently in the process of drafting settlement and dismissal documents. So as to allow the Parties additional time to complete settlement, the Parties seek a thirty (30) day continuance of the deadlines to file dispositive motions and, subsequently, the pre-trial order as set forth in the April 10, 2015 (Doc. 46).

/ / /

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104694-001/2664257

1 of 2

This extension is requested for the good cause shown and is not sought for the purpose of creating any undue delay.

DATED this 13th day of May 2015.

GORDON SILVER

*/s/ John L. Krieger*
JOHN L. KRIEGER
Nevada Bar No. 6023
JUSTIN J. BUSTOS
Nevada Bar No. 10320
JOEL Z. SCHWARZ
Nevada Bar No. 9181
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169

*Attorneys for Plaintiffs*

DATED this 13th day of May 2015.

LOWE GRAHAM JONES PLLC

*/s/ Mark P. Walters*
MARK P. WALTERS
(admitted *pro hac vice*)
701 5th Avenue Suite 4800
Seattle, Washington 98104

FABIAN & CLENDENIN, P.C.
JEFFREY B. SETNESS
Nevada Bar No. 2820
601 South Tenth Street, Suite 204
Las Vegas, Nevada 89101

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED

DATED this  15  day of May 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

104694-001/2664257

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555